BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00209 LJO SKO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| RICARDO CRUZ GOMEZ, MARQUIZ DEMITRIC TUCKER, LABREA LESHAWN DAVIS, ROBIN LEE and NINA JOHNSON | |
| Defendants. | |

This indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

IT IS SO ORDERED.

Dated:  **August 11, 2015**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

Order to Unseal Indictment                    1