**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
RICARDO GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Case No. 15-CR-00209 LJO-SKO |
| Plaintiff, | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE AND ORDER THEREON** |
| vs. | |
| RICARDO GOMEZ, | |
| Defendant | |

Defendant, RICARDO GOMEZ, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, October 5, 2015 at 1:00 p.m. in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date:   10/1/15                           */s/ Ricardo Gomez*_____
                                          RICARDO GOMEZ

Date:   10/2/15                           */s/ David A. Torres*_____
                                          DAVID A. TORRES
                                          Attorney for Defendant

Summary of Pleading - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant RICARDO GOMEZ is hereby excused from appearing at this court hearing scheduled for October 5, 2015.

IT IS SO ORDERED.

Dated:   **October 2, 2015**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE