IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:15-CR-00209-001 LJO-SKO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| RICARDO CRUZ GOMEZ, JR., | |
| Defendant. | |

A bail review hearing was held February 8, 2016.  The defendant shall be released with the same previously ordered conditions of pretrial release issued on August 12, 2015, in addition to conditions stated on the record, incorporated herein.

The defendant shall report to the Pretrial Services Office 24 hours after release.

Status Conference set for April 18, 2016 at 9:30am. before Judge O'Neill.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

IT IS SO ORDERED.

Dated:   **February 8, 2016**             **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE