**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
RICARDO CRUZ GOMEZ, JR.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RICARDO CRUZ GOMEZ, JR.,<br><br>             Defendant | Case No.: 1:15-CR-00209 LJO-SKO<br><br>**STIPULATION AND ORDER TO SET SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND BRIAN DELANEY, ASSISTANT UNITED STATES ATTORNEY:

   **IT IS HEREBY STIPUALTED** between David A. Torres, attorney for Ricardo Gomez, and AUSA Brian Delaney, that sentencing in the above matter be set on November 14, 2016 at a time determined by the court.  U.S. Probation Officer Brian Bedrosian has been advised of the date and will assign an assistant USPO to interview Mr. Gomez.

   Counsel is also requesting that the status conference date currently scheduled for August 29, 2016 be vacated.

   //

   //

Stipulation and Proposed Order to set Sentencing Date

1

**IT IS SO STIPULATED.**

                Respectfully Submitted,

DATED: July 26, 2016　　　　　　　　　　*/s/ David A Torres*
　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　RICARDO GOMEZ


DATED: July 26, 2016　　　　　　　　　　*/s/Brian Delaney*
　　　　　　　　　　　　　　　　　　　　BRIAN DELANEY
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney


## ORDER

**T**he Sentencing Hearing is hereby set for November 14, 2016 at 10:00 a.m. and the status conference set for August 29, 2016 is vacated.


IT IS SO ORDERED.

　Dated:　**July 27, 2016**　　　　　　　　　/s/ **Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE